# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD ELRY MORRISON,

    Petitioner,

vs.

JIM BENEDETTI, Acting Warden, et al.,

    Respondents.

Case No. 3:07-CV-00295-LRH-(VPC)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (#8), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (#8) is **GRANTED**.  Respondents shall have through November 8, 2007, to file and serve an answer or other response to the Petition (#2).

    DATED this 14th day of September, 2007.

                                LARRY R. HICKS
                                UNITED STATES DISTRICT JUDGE