# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD ELRY MORRISON,

    Petitioner,

vs.

JIM BENEDETTI, Acting Warden, et al.,

    Respondents.

Case No. 3:07-CV-00295-LRH-(VPC)

**ORDER**

Respondents having submitted a Motion for Enlargement of Time (Second Request) (#11), and good cause appearing;

IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#11) is **GRANTED**. Respondents shall have through December 10, 2007, to file and serve an answer or other response to the Petition (#2).

DATED this 13th day of November, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE