# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD ELRY MORRISON,

    Petitioner,

vs.

JIM BENEDETTI, Acting Warden, et al.,

    Respondents.

Case No. 3:07-CV-00295-LRH-(VPC)

**ORDER**

    On September 5, 2008, the Court received from Petitioner a Motion for Judgment on Merits of Petition (#33), the basis of which is that Respondents did not timely file an answer. No further briefing on this motion is necessary. Respondents filed their Answer (#32) on September 2, 2008, which is timely, given that the preceding day was a holiday.

    IT IS THEREFORE ORDERED that Petitioner's Motion for Judgment on Merits of Petition (#33) is **DENIED**.

    DATED this 9th day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE