AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

EDWARD ELRY MORRISON,

     Petitioner,        JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER: **3:07-cv-00295-LRH-VPC**

JIM BENEDETTI, Acting Warden, et al.,

     Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (#2) is **DENIED**.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

    March 15, 2010                       **LANCE S. WILSON**
                                                Clerk

                                           /s/ D. R. Morgan
                                              Deputy Clerk